IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02163-CMA

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-33,

    Defendants.

_____/ ( Docket No 5 )

**ORDER GRANTING MOTION TO PRESERVE DATA PENDING MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff's Emergency Motion to Preserve Data Pending Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), and the Court being duly advised in the premises does hereby: grant the motion.

~~FIND, ORDER AND ADJUDGE:~~

The Court Finds that Plaintiff has established that "good cause" exists for the Court to Order the Internet Service Providers listed on Exhibit A to the Motion (the "ISPs") to preserve the electronically stored identity logs of the true name, address, telephone number, e-mail address and Media Access Control ("MAC") address of the Defendants pending the outcome of Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference. Plaintiff shall serve this Order on the ISPs along with a list of the IP addresses and hit dates that correlate to the Doe Defendants about whom Plaintiff is requesting that the ISP's preserve identifying information.

DONE AND ORDERED this 11th day of October, 2011.

The ISPs may charge Plaintiff a fee for preserving this information.

By _____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

MJW
10-11-11

EXHIBIT A      1