IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-02163-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff(s),

v.

JOHN DOES 1-33,

Defendant(s).

MINUTE ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that a Status Conference is set on

> October 31, 2011, at 2:00 p.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

Date:  October 21, 2011