**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  11-cv-02163-CMA-MJW          FTR - Courtroom A-502

**Date:** October 31, 2011                                         Courtroom Deputy, Ellen E. Miller

   *Parties*                                                                    *Counsel*

PATRICK COLLINS, INC.,                                      Jason A. Kotzker

  Plaintiff(s),

v.

JOHN DOES 1 - 33,                                                  - - - - - -

  Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **STATUS CONFERENCE**
**Court in Session:**   1:30 p.m.
Court calls case. Appearance of counsel for Plaintiff.


**It is ORDERED:**    **On or before NOVEMBER 04, 2011**, Plaintiff shall file its legal brief showing legal authority / case law which supports filing just one law suit instead of separate law suits against this many John Does.

**It is ORDERED:**    A **Rule 16(b) SCHEDULING CONFERENCE** is set **JANUARY 31, 2012 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Plaintiff shall forthwith serve defendants or show cause at the Rule 16(b) Scheduling Conference why this case should not be dismissed.

     Parties shall submit their proposed Scheduling Order **on or before JANUARY 26, 2012.**

Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the forms section of the court's website at www.cod.uscourts.gov . Instructions for downloading the formats are posted in the forms section of the website.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.

HEARING CONCLUDES.

**Court in recess:**   2:12 p.m.
Total In-Court Time:   00:00    As the Court addressed all related cases set for conferences this afternoon at this time, In-Court Time is allocated to 11-cv-01655-CMA-MJW *only.*

All  cases addressed at the same time:
11-cv-01655-CMA-MJW
11-cv-02162-REB-MJW
11-cv-02163-CMA-MJW
11-cv-02164-CMA-MJW
11-cv-02370-CMA-MJW
11-cv-02371-CMA-MJW
11-cv-02372-CMA-MJW
11-cv-02701-CMA-MJW

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.