**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| PATRICK COLLINS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOES 1-33,<br><br>                Defendants. | Civil Action No. 1:11-cv-02163-CMA-MJW |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF DOES 9 AND 10 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 9 and 10 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntary dismisses these Defendants from this action with prejudice. John Doe 9 and 10 were assigned the IP Addresses 71.229.237.224 and 71.237.76.123. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Defendants has neither answered Plaintiff's Complaint nor filed a motion for summary judgment and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                    Respectfully submitted,

                                                    By: /s/*Jason Kotzker*
                                                    Jason Kotzker
                                                    jason@klgip.com
                                                    KOTZKER LAW GROUP
                                                    10268 Royal Eagle Street
                                                    Highlands Ranch, CO 80129
                                                    Phone: 303-875-5386
                                                    *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30th, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker