IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02163-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff(s),

v.

JOHN DOES 1-33,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to be Excused from Attendance at January 31, 2012 Status Conference, DN 49, filed with the Court on January 30, 2012, is GRANTED.  Counsel for Defendant John Doe #6, Stewart Cables, is excused from participating at the Status Conference on January 31, 2012 at 9:00 a.m.

Date:  January 30, 2012