# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02163-CMA-MJW

PATRICK COLLINS, INC.,

        Plaintiff,

v.

JOHN DOES 1-33,

        Defendants.

## AFFIDAVIT OF SERVICE

I, *Jason Kotzker*, certify that:

1. I spoke with Comcast on January 27th, 2012 and they acknowledged receipt of the Motion to Compel [Dkt. #41].

        Respectfully submitted,

        By: /s/*Jason Kotzker*
        Jason Kotzker
        jason@klgip.com
        KOTZKER LAW GROUP
        10268 Royal Eagle Street
        Highlands Ranch, CO 80129
        Phone: 303-875-5386
        *Attorney for Plaintiff*