**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02163-CMA-MJW

PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-33,

      Defendants.

_____

**ORDER OF DISMISSAL**

_____

      With the filing of Plaintiff's Notice of Voluntary Dismissal Without Prejudice

of Defendant [ ] John Doe 28 (Doc. # 67), all Defendant John Does 1-33 have been

dismissed.  Therefore, it is

      ORDERED that this case is now DISMISSED in its entirety.

      DATED:  March   06  , 2012

                             BY THE COURT:

                             _____
                             CHRISTINE M. ARGUELLO
                             United States District Judge