IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02163-CMA-MJW

PATRICK COLLINS, INC.,

   Plaintiff,

v.

JOHN DOES 1-33,

   Defendants.

---

## ORDER OF DISMISSAL

With the filing of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant [ ] John Doe 28 (Doc. # 67), all Defendant John Does 1-33 have been dismissed. Therefore, it is

   ORDERED that this case is now DISMISSED in its entirety.

   DATED: March __06__, 2012

                              BY THE COURT:

                              _Christine M Arguello_
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge